**Order entered December 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00881-CV

### IN RE BLACK HORSE CARRIERS, INC., Relator

**Original Proceeding from the 95th Judicial District Ct
Dallas County, Texas
Trial Court Cause No. DC-18-09587**

# ORDER
Before Justices Bridges, Lang-Miers, and Boatright

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus..

/s/     JASON BOATRIGHT
           JUSTICE